IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATAWISSA TOWNSHIP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIDLAND ASPHALT MATERIALS, INC.<br>and LIBERTY MUTUAL INSURANCE<br>COMPANY,<br><br>　　　　Defendants. | No. 4:24-cv-00280<br><br>[Electronically Filed]<br><br>**CONSENT TO NOTICE OF REMOVAL** |

Defendant Liberty Mutual Insurance Company, with full reservation of all rights, privileges, and defenses, by and through its undersigned counsel, joins in and consents to the removal of this action to this Court pursuant to the Notice of Removal filed by Defendant Midland Asphalt Materials, Inc. Nothing herein is or should be construed as a waiver of any defenses available to Liberty Mutual Insurance Company in this matter.

Respectfully submitted,

_/s/ Patrick R. Kingsley_
Patrick R. Kingsley, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA  19103
(215) 564-8029
pkingsley@stradley.com

*Attorneys for Liberty Mutual Insurance Company*

6554860v.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing Consent to Notice of Removal was electronically filed with the U.S.D.C, Middle District of Pennsylvania. The foregoing document is available for viewing and downloading from the PACER system by all counsel of record.

_____
Patrick R. Kingsley