IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATAWISSA TOWNSHIP, | No. 4:24-CV-00280 |
| Plaintiff, | Chief Judge Brann |
| v. | |
| MIDLAND ASPHALT MATERIALS INC. and LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

MAY 14, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Midland Asphalt Materials Inc.'s Motion to Dismiss (Doc. 5) is **GRANTED IN PART** and **DENIED IN PART**;

    a. Count IV of the Complaint is **DISMISSED WITHOUT PREJUDICE**;

    b. Defendant Midland Asphalt Materials Inc.'s Motion to Dismiss (Doc. 5) is **DENIED** in all other respects;

2. Defendant Liberty Mutual Insurance Company's Motion to Dismiss (Doc. 6) is **GRANTED**. Plaintiff's request for punitive damages is

       **DISMISSED WITH PREJUDICE** from Count V of the Complaint;

and

3.     Plaintiff may file an Amended Complaint in accordance with the Memorandum Opinion no later than May 28, 2024.

                                            BY THE COURT:

                                            *s/ Matthew W. Brann*
                                            Matthew W. Brann
                                            Chief United States District Judge